# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHJEEB JAMAL BOYD, JR., <br><br> Plaintiff, <br><br> v. <br><br> NEIL MCDOWELL, ET AL., <br><br> Defendants. | Case no: 2:21-CV-5616-JAK(Ex) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DKT. 84)** |

1  Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records
2  herein and the attached Report and Recommendation of United States Magistrate
3  Judge.  Further, the Court has engaged in a de novo review of those portions of the
4  Report and Recommendation to which any objections have been made.  The Court
5  accepts and adopts the Magistrate Judge's Report and Recommendation.
6  IT IS ORDERED THAT:  (1) Defendants' Motion for Summary Judgment
7  (Dkt. 75) is denied as to Defendant Nunez; (2) Defendants' Motion for Summary
8  Judgment is granted as to Defendants Wimbush, Duenas and Sanders; and (3) the
9  action as against Defendants Wimbush, Duenas and Sanders is dismissed without
10 prejudice.

DATED:  January 30, 2025

_____
JOHN A. KRONSTRADT
UNITED STATES DISTRICT JUDGE